USCA1 Opinion

 

 November 23, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-1745 AZUBUKO E. CHUKWU, Plaintiff, Appellant, v. CHIEF ADULT PROBATION OFFICER, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Richard G. Stearns, U.S. District Judge] ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Azubuko E. Chukwu on brief pro se. _________________ Scott Harshbarger, Attorney General, and Margaret C. Parks, __________________ ___________________ Assistant Attorney General, on brief for appellee, Chief Adult Probation Officer. Richard L. Barry, Jr., Middlesex County Sheriff's Department, on _____________________ brief for appellee, Assistant Clerk, Middlesex County Jail. ____________________ ____________________ Per Curiam. The dismissal of appellant's complaint __________ for lack of federal subject matter jurisdiction is affirmed ________ for the reasons contained in the district court's Memorandum of Decision and Order on Defendant's Motion to Dismiss, dated May 11, 1994. -2-